UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA C. PERRY,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATES,<br><br>    Respondent. | CASE NO. CV 10-46 JVS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 22, 2012

_____
JAMES V. SELNA
United States District Judge